## Commonwealth *v.* Kennedy, Appellant.

Argued March 16, 1971. *Samuel W. Salus, II,* Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney,

and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.